Lisa A. McClane
Nevada State Bar No. 10139
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: lisa.mcclane@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

Attorneys for Defendant Strategic Behavioral Health LLC
Montevista Hospital, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENAE SIMMS,<br><br>            Plaintiff,<br><br>    vs.<br><br>STRATEGIC BEHAVIORAL HEALTH, LLC, a Delaware corporation, BHC MONTEVISTA HOSPITAL, INC., incorrectly named as MONTEVISTA HOSPITAL, a Delaware corporation, DOES I through X, inclusive, and, ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No.: 2:19-cv-01998-JCM-VCF<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff RENAE SIMMS ("Plaintiff"), through her counsel, HOLMAN LAW OFFICE, and Defendant, STRATEGIC BEHAVIORAL HEALTH LLC ("SBH"), by and through its counsel, Jackson Lewis P.C., that Defendant shall have an extension up to and including June 8, 2020, in which to file its response to Plaintiff's First Amended Complaint.  This Stipulation is submitted and based upon the following:

    1. Plaintiff filed her First Amended Complaint on January 1, 2020.  ECF No. 7.  Defendants accepted served for the First Amended Complaint on April 1, 2020.  ECF No. 7 and ECF No. 8.

    2. Defendant's response to the Complaint is currently due on June 1, 2020.

    3. Due to the press of other matters, including adjustments made necessary by the COVID-19 pandemic, and in order to fully respond to the pleading, Defendants require additional

time to respond to the Complaint. Defendants accordingly request an extension, up to and including June 8, 2020, to file its responsive pleading.

4. This is the first request for an extension of time for Defendants to file a response to Plaintiff's First Amended Complaint.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 1st day of June, 2020.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kristina S. Holman* | */s/ Lisa A. McClane* |
| Kristina S. Holman | Lisa A. McClane, Bar No. 10139 |
| 3470 E. Russell Road, Suite 202 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, NV 89120 | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED

_____
United States Magistrate Judge

Dated: 6-2-2020

4848-6054-6238, v. 1