Lisa A. McClane
Nevada State Bar No. 10139
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  lisa.mcclane@jacksonlewis.com

Attorneys for Defendant Strategic Behavioral Health LLC
Montevista Hospital, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENAE SIMMS, <br><br> Plaintiff, <br><br> vs. <br><br> STRATEGIC BEHAVIORAL HEALTH, LLC, a Delaware corporation, BHC MONTEVISTA HOSPITAL, INC., incorrectly named as MONTEVISTA HOSPITAL, a Delaware corporation, DOES I through X, inclusive, and, ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-01998-JCM-VCF <br><br> **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendant STRATEGIC BEHAVIORAL HEALTH, LLC and BHC MONTEVISTA HOSPITAL INC. and Plaintiff Renae Simms, by and through their respective counsel of record, hereby notify the Court the parties have reached a settlement in the above captioned matter. The parties are currently drafting the settlement documents. However, due to current circumstances, the parties request this Court's approval to file a stipulation and order to dismiss this action no later than 45 days from the date of this order.

The parties further request that the Early Neutral Evaluation Conference currently scheduled for August 19, 2020 be vacated.

Dated this 12th day of August, 2020.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kristina S. Holman*<br>Kristina S. Holman, Bar No.3742<br>3470 E. Russell Road, Suite 202<br>Las Vegas, NV 89120 | */s/ Lisa A. McClane*<br>Lisa A. McClane, Bar No. 10139<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED:

_____
United States ~~District Court~~/Magistrate Judge

Dated: August 13, 2020